BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steve.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:16-cr-00142-SLG-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STATUS REPORT |
| vs. | ) | |
| | ) | |
| KENNETH ZONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     The United States has received the request from the court with respect to the above captioned matter. In response, the United States provides as follows.

     The defendant, Kenneth Zong, is currently incarcerated in Seoul, South Korea, and will be so incarcerated for at least another 18 months based on current information and belief. In addition, the United States has filed an extradition request with the government of South Korea, which is currently pending.

//

Mr. Zong is currently represented by the Richard Curtner, the Federal Public Defender for the District of Alaska and both he and this office are in regular contact concerning this matter and the extradition request. As of this writing, there is no information as to the status of the request, or whether it will be honored. When and if Mr. Zong is released, and or if the extradition request is granted, the United States will update the court with a status report. In the meantime, and inasmuch as the defendant is not available for service or appearance, the United States requests that the matter remain open.

RESPECTFULLY SUBMITTED 06/27/2018, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steve E. Skrocki*
STEVE E. SKROCKI
Assistant U.S. Attorney
United States of America

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, a true and correct copy of the foregoing was served electronically on the following:

Richard Curtner

s/ *Steven E. Skrocki*
Office of the U.S. Attorney

U.S. v. Kenneth Zong