BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steve.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:16-cr-00142-SLG-DMS |
| Plaintiff, | ) |
| vs. | ) |
| KENNETH ZONG, | ) |
| Defendant. | ) |

## STATUS REPORT

The United States provides as follows.

The defendant, Kenneth Zong, is incarcerated at Anyang Prison. He is sentenced to a term of imprisonment with will end March 23, 2020. The United States has endeavored, through government channels, to have Mr. Zong return to the United States earlier than that time, but as of this writing such efforts have not been successful.

Despite those efforts, it remains the case that the Republic of South Korea has imposed a fine as a penalty in Mr. Zong's case on the order of several million dollars. When released from the prison, Mr. Zong will be prohibited from departing South Korea unless and until he pays the final penalty in full. It is not thought, though Mr. Zong's defense counsel, that Mr. Zong has such an ability, so it likely and possible that Mr. Zong's tenure in South Korea will extend beyond March, 2020.

RESPECTFULLY SUBMITTED this 24th day of June, 2019 in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steve E. Skrocki*
STEVE E. SKROCKI
Assistant U.S. Attorney